UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NOEL CORWIN,

       Plaintiff,                           Case No. 1:25–cv–00469–PLM–RSK

    v.                                    Hon. Paul L. Maloney

KALAMAZOO VALLEY COMMUNITY
COLLEGE,

       Defendant.

_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

      NOTICE is hereby given that the above–captioned case was filed in this court on April 25, 2025 .   The case has been assigned to Paul L. Maloney .

CLERK OF COURT

Dated:  April 28, 2025       By:   _/s/ P. Woods_____
                                    Deputy Clerk