WDMI Corporate Disclosure Statement pursuant to Fed.R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4  (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NOEL CORWIN,

                Plaintiff(s),

                Case No.    1:25-CV-00469-PLM-RSK

v.

                Hon. Paul L. Maloney

KALAMAZOO VALLEY COMM. COLLEGE

                Defendant(s).

_____/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1,

makes the following disclosure:

      Kalamazoo Valley Community College
      _____
                (Party Name)

1.  Is party a publicly held corporation or other publicly held entity? ☐ Yes ☒ No

2.  Does party have any parent corporations? ☐ Yes ☒ No
    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3.  Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☒ No
    If yes, identify all such owners:

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☒ No
    If yes, identify entity and nature of interest:

Date: _____June 26, 2025_____

_____
/s/ Leigh M. Schultz
(Signature)
Leigh M. Schultz (P71038)
Miller Johnson
100 W. Michigan Avenue, Suite 200
Kalamazoo, MI  49007
269-226-2983
schultzl@millerjohnson.com