UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| | |
|---|---|
| **Case No:**  1:25-cv-00469-PLM-RSK | |
| **Caption:**  Corwin v. Kalamazoo Valley Community College | |

| **Date:** January 20, 2026 | **Time:** 1:30 – 2:44 p.m. | **Place:** Grand Rapids | **Magistrate Judge:** Hon. Ray Kent |
|---|---|---|---|

## APPEARANCES

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| **PLAINTIFF:** | Jesse Lee Randolph Young | Noel Corwin |
| **DEFENDANT:** | Leigh Margaret Schultz | Kalamazoo Valley Community College |

## PROCEEDINGS

**NATURE OF HEARING:**

**EARLY SETTLEMENT CONFERENCE held.**

**The parties did not reach a settlement of the case.**

Proceedings Not Digitally Recorded

Deputy Clerk: K. Belanger