UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NOEL CORWIN,

      Plaintiff,

                                  Case No. 1:25-cv-00469-PLM-RSK

v

                                  Hon. Paul L. Maloney

KALAMAZOO VALLEY COMMUNITY
COLLEGE,

      Defendant.

| | |
|---|---|
| Jesse L. Young (P72614)<br>Sommers Schwartz, P.C.<br>141 E. Michigan Avenue, Suite 600<br>Kalamazoo, MI  49007<br>269-250-7500<br>jyoung@sommerspc.com | Leigh M. Schultz (P71038)<br>Miller Johnson<br>100 W. Michigan Avenue, Suite 200<br>Kalamazoo, MI  49007<br>269-226-2983<br>schultzl@millerjohnson.com<br><br>Saniya Khare (P83020)<br>Miller Johnson<br>500 Woodward Avenue, Suite 3600<br>Detroit, MI  435-2420<br>313-435-2420<br>khares@millerjohnson.com |

### STIPULATED ORDER ADJOURNING DISCOVERY FOR REQUESTED DEPOSITIONS AND DISPOSITIVE MOTION DEADLINES

This matter having come before the Court upon the stipulation of the parties and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that the deadlines for Completion of Discovery and Dispositive Motions set forth in the Case Management Order issued on August 7, 2025, shall be adjourned for a period of thirty-two days for the Completion of Discovery to complete depositions already requested by Plaintiff only, and a period of thirty-five days for Dispositive Motions, with the following dates now controlling:

2

*Completion of Discovery:*                    *April 17, 2026*

*Dispositive Motions*                           *May 21, 2026*

    **IT IS FURTHER ORDERED** that no other dates from the August 7, 2025 Case

Management Order shall be adjourned by this Order.

    **IT IS SO ORDERED.**

    **THIS IS NOT A FINAL ORDER AND DOES NOT CLOSE THIS CASE.**


Dated:                                          _____

                                             PAUL L. MALONEY
                                           UNITED STATES DISTRICT JUDGE


Dated: March 4, 2026

SO STIPULATED AND AGREED:


 */s/ Jesse Young (w/permission)*_____
Jesse L. Young (P72614)
*Attorney for Plaintiff*


 */s/ Saniya Khare*_____
Saniya Khare (P83020)
*Attorney for Defendant*

MJ_ND 4928-0323-9827v2